IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02819-BNB

JAMES RALPH DAWSON, JR.,

        Plaintiff,

v.

LT. EARP,
LT. GAYLORD,
LT. CARDOVA,
SGT. FLORY, and
SGT. BOSHONG,

        Defendants.

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 1 9 2010

GREGORY C. LANGHAM
CLERK

_____

ORDER OF DISMISSAL

_____

        Plaintiff, James Ralph Dawson, Jr., is a prisoner in the custody of the Colorado

Department of Corrections who currently is incarcerated at the Limon, Colorado,

correctional facility.  He submitted to the Court *pro se* a Prisoner's Motion and Affidavit

for Leave to Proceed Pursuant to 28 U.S.C. § 1915 and a Prisoner Complaint.

        In an order filed on December 2, 2009, Magistrate Judge Boyd N. Boland

granted the motion pursuant to 28 U.S.C. § 1915, required Mr. Dawson to pay the full

amount of the $350.00 filing fee in installments, and directed him to pay an initial partial

filing fee of $29.00 within thirty days or to show cause why he has no assets and no

means by which to pay the designated initial partial filing fee.  The December 2 order

warned Mr. Dawson that if he failed by the designated deadline to have the $29.00

initial partial filing fee sent to the clerk of the Court or to show cause why he has no

assets and no means by which to pay the initial partial filing fee, the complaint would be dismissed without further notice.

Mr. Dawson has failed within the time allowed to pay the $29.00 initial partial filing fee, to show cause as directed why he is unable to do so, or otherwise to communicate with the Court in any way. Accordingly, it is

ORDERED that the Prisoner Complaint and the action are dismissed without prejudice for the failure of Plaintiff, James Ralph Dawson, Jr., within the time allowed, to pay the initial partial filing fee of $29.00 or to show cause as directed why he has no assets and no means by which to pay the designated initial partial filing fee and for his failure to prosecute.

DATED at Denver, Colorado, this 19th day of _____January_____, 2010.

BY THE COURT:

_____ for

PHILIP A. BRIMMER
United States District Judge for
ZITA LEESON WEINSHIENK
Senior Judge, United States District Court

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 09-cv-02819-BNB

James Ralph Dawson, Jr.
Prisoner No. 46709
Limon Correctional Facility
49030 State Hwy. 71
Limon, CO 80826


     I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on __1/19/10__

GREGORY C. LANGHAM, CLERK

By: _____
                    Deputy Clerk